UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> US SECRETARY OF DEFENSE, *et al*., <br><br> Respondents. | NO. C13-0088-JCC <br><br> ORDER DIRECTING CLERK TO CLOSE MATTER AND TO STRIKE PENDING MOTIONS AS MOOT |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997);

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 19th day of April, 2013.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Judge

ORDER DIRECTING CLERK TO CLOSE
MATTER AND TO STRIKE PENDING
MOTIONS AS MOOT - 1