1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN ROBERT DEMOS, JR.,                              NO.  C13-0088-JCC

                    Petitioner,

    v.                                                   ORDER DIRECTING CLERK TO
                                                     CLOSE MATTER AND TO STRIKE
US SECRETARY OF DEFENSE, *et al*.,                   PENDING MOTIONS AS MOOT

                   Respondents.

14

15

16

17

18

19

20

21

22

23

24

25

26

The Court, having reviewed the Report and Recommendation of the Honorable James P.

Donohue, United States Magistrate Judge, and any objections or responses to that, and the

remaining record, finds and Orders as follows:

1.  The Court ADOPTS the Report and Recommendation;

2.  The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as

    moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997);

3.  The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 19th day of April, 2013.

_____

JOHN C. COUGHENOUR
United States District Judge

ORDER DIRECTING CLERK TO CLOSE
MATTER AND TO STRIKE PENDING
MOTIONS AS MOOT - 1